**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **In the matter of:** | Case No. 08-35518 |
| **ELLIS, STEVEN T** | |
| | Chapter 7 |
| | |
| | Judge  Guy R. Humphrey |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The check in the amount of $8.09 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

4444444444444444444444444444444444444444444444444444444444444444

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| United Telephone Company of Ohio<br>P.O. Box 7971<br>Shawnee Mission, KS 66207-0971 | 1 | $ 0.45 |
| Time Warner Cable<br>P.O. Box 740466<br>Cincinnati, OH 45274-0766 | 3 | $ 0.06 |
| Premier BankCard/Charter<br>PO Box 2208<br>Vacaville, CA 95696 | 11 | $ 2.01 |
| Premier BankCard/Charter<br>PO Box 2208<br>Vacaville, CA 95696 | 12 | $ 1.82 |
| PYOD LLC its successors and assigns as assignee of Citibank/ Resurgent Capital Svcs<br>PO Box 10587<br>Greenville, SC 29603-0587 | 13 | $ 3.75 |

4444444444444444444444444444444444444444444444444444444444444444

Case 3:08-bk-35518    Doc 41    Filed 09/30/09    Entered 09/30/09 10:41:01    Desc Main
                        Document      Page 2 of 2

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $8.09 | $0.00 |

Dated: **9/30/2009**

*/s/ John Paul Rieser*

John Paul Rieser, Case Trustee
7925 Graceland St.
Dayton, OH 45459
Tel: (937)224-4128   Fax: (937)224-3090
tecfdesk@rieserlaw.com

cc:  U.S. Trustee, 170 N. High St., Ste. 200, Columbus, OH  43215-2403